1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>        v.<br><br>AHMAD JEROME MCADORY,<br><br>                              Defendant. | CASE NO. 17-298<br><br>**DETENTION ORDER** |

13      The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes

14 there are no conditions which the defendant can meet which would reasonably assure the

15 defendant's appearance as required or the safety of any other person and the community.

16      **FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

17      Defendant has numerous criminal convictions. His criminal history indicates a lengthy

18 and on-going pattern of criminal conduct. He has failed to appear for court appearances on

19 numerous occasions and has pending warrants for his arrest in several state courts both in this

20 state and elsewhere.

21      It is therefore **ORDERED**:

22      (1)      Defendant shall be detained pending trial and committed to the custody of the

23 Attorney General for confinement in a correctional facility separate, to the extent practicable,

from persons awaiting or serving sentences, or being held in custody pending appeal;

DETENTION ORDER - 1

1      (2)      Defendant shall be afforded reasonable opportunity for private consultation with

2   counsel;

3      (3)      On order of a court of the United States or on request of an attorney for the

4   Government, the person in charge of the correctional facility in which Defendant is confined

5   shall deliver the defendant to a United States Marshal for the purpose of an appearance in

6   connection with a court proceeding; and

7      (4)      The Clerk shall provide copies of this order to all counsel, the United States

8   Marshal, and to the United States Probation and Pretrial Services Officer.

9      DATED this 11th day of August, 2017.

10

11   _____

BRIAN A. TSUCHIDA

12   United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

DETENTION ORDER - 2