Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>AHMAD MCADORY,<br><br>Defendant. | NO. CR17-199 RSM<br><br>**ORDER VACATING JUDGMENT OF CONVICTION AND DISMISSING INDICTMENT** |

In *United States v. McAdory*, No. 18-30112 (9th Cir. 2019), the Ninth Circuit held that the defendant's prior felony convictions did not qualify as "crime[s] punishable by imprisonment for a term exceeding one year" for purposes of Title 18, United States Code, Section 922(g)(1).

Pursuant to the mandate issued by the Ninth Circuit (Dkt. 47), the defendant's Judgment of Conviction (Dkt. 40) is vacated, and the Indictment (Dkt. 12) is dismissed. The Clerk is directed to close this case.

IT IS SO ORDERED.

ORDER VACATING JUDGMENT
AND DISMISSING INDICTMENT - 1
CR17-199 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 26th day of November, 2019.

						 /s/ signature
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

_s/ Jessica M. Manca_____
JESSICA M. MANCA
Assistant United States Attorney

ORDER VACATING JUDGMENT
AND DISMISSING INDICTMENT - 2
CR17-199 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970